IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Zoser-Ra Neterkeht, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv695 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Michelle Longworth, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 17, 2013 (Doc. 50), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 5, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for leave to amend the complaint (Doc. 34) is **DENIED.**

The Childrens' Hospital defendants' motion to dismiss (Doc. 7), the County defendants' motion for judgment on the pleadings (Doc. 11) and the City defendants' motion to dismiss (Doc. 21) is **GRANTED.** Plaintiff's claims brought under 42 U.S.C. §§1983 and 1985 are **DISMISSED** with prejudice.

The Court declines to exercise supplemental jurisdiction over any state law claims brought by plaintiff and those claims are **DISMISSED** without prejudice.

The Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith and therefore denies plaintiff leave to appeal *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider,* 178 F.3d

800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

      IT IS SO ORDERED.


                                        ___s/Susan J. Dlott_____
                                        Chief Judge Susan J. Dlott
                                        United States District Court